# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.    DOCKET NOS.    4:06mj48-WCS
                     4:06mj49-WCS

**MAURICIO JURI and**
**JULIET HOFSOMMER,**

    Defendants.

_____/

## ORDER DENYING APPOINTMENT OF COUNSEL

    After further hearing, it is found as fact that:

    1. Defendants Juri and Hofsommer are married. They jointly own a home in which there is about $40,000 in equity and jointly have about $14,500 in savings and checking accounts. Defendant Hofsommer has about $4,000 in a separate savings account.

    2. It is estimated that an attorney could be retained for defense by either Defendant for about $10,000. Defendants jointly and separately have funds to retain an attorney, and can take a small equity loan to cover any additional expenses.

    3. Defendants do not qualify for appointment of counsel under the Criminal Justice Act.

4.  Defendants shall have until **May 5, 2006**, in which to retain counsel, who shall, by that date, enter an appearance, or to show cause by that date why they cannot retain counsel.  The provisional order appointing counsel under the Criminal Justice Act shall remain in effect until retained counsel enters an appearance.

**DONE AND ORDERED** on April 18, 2006.

s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:06mj48-WCS and 4:06mj49-WCS